UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMERLANE T. BEY III,

                Plaintiff,

-against-

MAZDA MOTORS OF AMERICA, INC.;
DENSO CORP.; DENSO INT'L AMERICA,
INC.,

                Defendants.

22-CV-3328 (JPO)

ORDER OF SERVICE

---

J. PAUL OETKEN, United States District Judge:

    The Clerk of Court is directed to issue a summons as to Defendants Mazda Motors of America, Inc., Denso Corp., and Denso International America, Inc. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.[1]

SO ORDERED.

Dated:   June 15, 2022
           New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge

---

[1] Because Plaintiff is proceeding *pro se* and cannot act on behalf of others, the Court does not treat this matter as a potential class action. *See United States v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008) ("[A]n individual who is not licensed as an attorney 'may not appear on another person's behalf in the other's cause'") (citation omitted); *Phillips v. Tobin*, 548 F.2d 408, 410 (2d Cir. 1976) (holding that a prisoner cannot bring a class action on behalf of fellow inmates).