**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAMERLANE T BEY II,<br><br>                         Plaintiff,<br><br>          v.<br><br>MAZDA MOTOR OF AMERICA, INC., et al.<br><br>                         Defendants. | Case No. 22-CV-3328 (LTS) |

## **NOTICE OF FILING**

**COMES NOW**, **I TAMERLANE TIMUR BEY II** ("Plaintiff") hereby known as "Plaintiff"; gives Notice of Filing for the attached "Letter For Review" as evidence pertinent to this court's proceedings and and as proof has attached the following "Letter For Review" directed to Courts and Honorable Judge J. PAUL OETKEN regarding opposition to all motions submitted by Defendants on this day of August 22, 2022.

Respectfully submitted,

Dated: August 22nd, 2022

_/s/Tamerlane T. Bey II_____

TAMERLANE TIMUR BEY II
NAACP MEMBER M-00707682
5120-B Orange County (FL) Branch
6303 Blue Lagoon St. Ste 400
MIAMI, FLORIDA 33126
TBEYII@gmail.com