UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMERLANE T BEY II, as a Class Representative, on behalf of himself and all other similarly situated,<br><br>     Plaintiff, *Pro Se*,<br> v.<br><br>MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS, MAZDA MOTOR CORPORATION, DENSO CORPORATION, and DENSO INTERNATIONAL AMERICA, INC.,<br><br>     Defendants. | Case No. 1:22-cv-03328-JPO<br><br>**NOTICE OF FULLY BRIEFED STATUS OF DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

  Defendant Denso International America, Inc. ("DIAM") respectfully files this notice to inform that the Court that its Motion to Dismiss the Class Action Complaint, or in the Alternative, to Strike Class Action Allegations (the "Motion") (ECF No. 19), should be deemed fully briefed.

  Denso filed the Motion on August 22, 2022. *Id*. In its notice of motion, DIAM informed the plaintiff – who is *pro se* – that his opposition is due within four weeks (i.e., September 19, 2022) pursuant to the Court's procedures for civil *pro se* cases. *Id*.

  On August 22, 2022, shortly after DIAM filed the Motion, the plaintiff filed a Notice of Filing referencing an attached Letter for Review. (ECF No. 24.) No letter was attached. The undersigned emailed the plaintiff to inform him that there was no attachment to the Notice of Filing. The plaintiff then refiled the Notice of Filing with an attached Letter for Review. (ECF No. 28.)

  The plaintiff did not file any additional opposition papers on or before September 19, 2022, and DIAM does not intend to file a reply to the plaintiff's Notice of Filing and Letter for Review.

1

Accordingly, the Motion should be deemed fully briefed.

| | |
|---|---|
| Dated:      September 29, 2022 | Respectfully submitted,<br><br>BUTZEL LONG, a professional corporation<br><br>*/s/ Joshua E. Abraham*<br>Joshua E. Abraham<br>477 Madison Ave., Suite 1230<br>New York, NY 10022<br>(212) 374-5370<br>abraham@butzel.com<br><br>*Counsel for Defendant*<br>*Denso International America, Inc.* |